UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br>15 Mountain View Road<br>Warren, New Jersey 07059,<br><br>Plaintiff,<br><br>v.<br><br>HAVERHILL GOLF & COUNTRY CLUB, INC.<br>Brickett Lane<br>Haverhill, MA 01831,<br><br>Defendant. | Civil Action<br>No. 03-12203 RGS |

## PLAINTIFF/COUNTERCLAIM DEFENDANT FEDERAL INSURANCE COMPANY'S MOTION TO DISMISS HAVERHILL GOLF & COUNTRY CLUB, INC.'S COUNTERCLAIMS FOR BREACH OF THE DUTY OF GOOD FAITH AND FAIR DEALING, FOR BAD FAITH, AND FOR PUNITIVE DAMAGES

Plaintiff/counterdefendant Federal Insurance Company ("Federal") hereby moves this Court to dismiss defendant/counterplaintiff Haverhill Golf & Country Club, Inc.'s ("Haverhill") counterclaims for "bad faith refusal to settle," "breach of the duty of good faith and fair dealing," and "punitive damages." The counterclaim for punitive damages must be dismissed because Massachusetts law does not provide for punitive damages in lawsuits against insurance companies; instead, G.L. c. 93A limits claimants only to awards of multiple damages, in certain limited circumstances. Likewise, the "bad faith/good faith" counterclaims (which are essentially identical) are subsumed in the 93A counterclaim, and do not state independent claims for relief.

Accordingly, for the reasons set forth more fully in the Memorandum of Law in Support of Plaintiff/Counterclaim Defendant Federal Insurance Company's Motion to

297112 v1                                    1

Dismiss Haverhill Golf & Country Club, Inc.'s Counterclaims for Breach of the Duty of Good Faith, for Bad Faith, and for Punitive Damages, filed herewith, Federal respectfully requests that the Court dismiss, with prejudice, Haverhill's "Counterclaim for Bad Faith Refusal to Settle," "Counterclaim for Breach of the Duty of Good Faith and Fair Dealing," and "Counterclaim for Punitive Damages."

Respectfully submitted,

MELICK, PORTER & SHEA, L.L.P.

_____
Robert P. Powers (BBO No. 544691)
28 State Street
Boston, MA 02109
(617) 523-6200 (telephone)
(617) 523-8130 (facsimile)

Attorneys for Plaintiff/Counterclaim Defendant Federal Insurance Company

OF COUNSEL:

ROSS, DIXON & BELL, L.L.P.
Wallace A. Christensen
Pamela L. Signorello
2001 K Street, N.W.
Washington, D.C. 20006-1040
(202) 662-2000 (telephone)
(202) 662-2190 (facsimile)

Dated: February 6, 2004

I hereby certify that I have made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.

297112 v1

2