UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br>15 Mountain View Road<br>Warren, New Jersey 07059,<br><br>Plaintiff,<br><br>v.<br><br>HAVERHILL GOLF & COUNTRY CLUB, INC.<br>Brickett Lane<br>Haverhill, MA 01831,<br><br>Defendant. | Civil Action<br>No. 03-12203 RGS |

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for plaintiff/counterdefendant Federal Insurance Company has conferred with counsel for defendant/counterplaintiff Haverhill Golf & Country Club, Inc. in a good faith effort to resolve the issues underlying Plaintiff/Counterclaim Defendant Federal Insurance Company's Motion To Dismiss Haverhill Golf & Country Club, Inc.'s Counterclaims For Breach Of The Duty Of Good Faith And Fair Dealing, For Bad Faith, And For Punitive Damages.

_____
Robert P. Powers

Dated: February 6, 2004

I hereby certify that I have made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.

297112 v1                                      3