UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * *
                                 *
FEDERAL INSURANCE COMPANY        *
15 Mountain View Road            *
Warren, New Jersey 07059,        *
                                 *
            Plaintiff,           *
                                 *    Civil Action
      v.                         *    No. 03-12203 RGS
                                 *
HAVERHILL GOLF & COUNTRY CLUB, INC. *
Brickett Lane                    *
Haverhill, MA 01831,             *
                                 *
            Defendant.           *
                                 *
* * * * * * * * * * * * * * * * *
```

STIPULATION OF ENLARGEMENT OF TIME FOR FEDERAL INSURANCE TO
REPLY TO DEFENDANT'S AMENDED ANSWER AND COUNTERCLAIMS

Federal Insurance Company and Haverhill Golf & Country Club, Inc. stipulate that the time within which Federal may reply to Haverhill Golf & Country Club, Inc.'s Amended Answer and Counterclaims may be enlarged to February 6, 2004.

Respectfully submitted,

| Attorney for Plaintiff, | Attorney for Defendant, |
|---|---|
| /s/ Robert P. Powers | /s/ William Daily, Jr. |
| Robert P. Powers | William Daily, Jr. |
| BBO#544961 | BBO#112200 |
| Melick, Porter & Shea, LLP | Sloane & Walsh |
| 28 State Street | Three Center Plaza |
| Boston, MA 02109 | Boston, MA 02108 |
| (617)523-6200 | (617)523-6010 |

I hereby certify that I have made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P.
1/21/04

# MELICK, PORTER & SHEA, LLP

Counsellors at Law

28 State Street
Boston, Massachusetts 02109-1775
(617) 523-6200
Fax (617) 523-8130
www.melicklaw.com

Richard J. Shea
Robert P. Powers
John F. Rooney, III
William D. Chapman
Michael J. Mazurczak *(WI)
Robert T. Treat
William L. Keville, Jr.
Michael R. Byrne
Andre A. Sansoucy
Amy E. Goganian
Keith L. Sachs
Robert W. Healy
Jennifer B. Hardy
Allen J. McCarthy
Carly K. Wee *(NY)
Angela L. Lackard
Maureen E. Lane *(NH)
Nancy J. Puleo *(CT)
Christine C. Heshion
Adam M. Guttin *(RI)
T. Dos Urbanski *(RI)
Megan E. Kures
Jill M. Brannelly
Brian J. Cann *(CA)
John E. DeWick
Heather M. Spellman *(CT & RI)
Matthew Grygorcewicz
Margaret M. Carleen

Of Counsel
Thomas W. Porter, Jr.

*Also Admitted

Two Richmond Square - Suite 104
Providence, Rhode Island 02906
(401) 941-0909
Fax (401) 941-6269

65 Main Street
Plymouth, Massachusetts 02360
(508) 746-5976

January 21, 2003

**VIA HAND DELIVERY**
Clerk's Office
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA

Re:   *Federal Insurance Company v. Haverhill Golf & Country Club, Inc.*
      *Civil Action No.: 03-12203 RGS*

Dear Sir or Madam:

In regard to the above referenced matter, enclosed please find the Stipulation to Enlarge Time for Plaintiff Federal Insurance Company to Reply to Defendant's Amended Answer and Counterclaims.

Thank you for your attention to the above matter.

Very truly yours,

Robert P. Powers/nw
Robert P. Powers

RPP/nw
Enclosures

cc:   William Daily, Jr.
      Wallace A. Christensen