UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FEDERAL INSURANCE COMPANY )
15 Mountain View Road )
Warren, New Jersey 07059, )
                  Plaintiff, )
                  ) Civil Action
v. ) No. 03-12203 RGS
)
HAVERHILL GOLF & COUNTRY CLUB, INC. )
Brickett Lane )
Haverhill, MA 01831, )
)
                  Defendant. )

## PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The plaintiff/counterclaim defendant Federal Insurance Company and its counsel hereby certify that, pursuant to Local Rule 16.1(D)(3), they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Federal Insurance Company
By its authorized representative,

*Carolyn G. Boris* (signature)

Carolyn Green Boris
Chubb & Son, a division of Federal
Insurance Company
12 Vreeland Road
Florham Park, NJ 07932-0981

Federal Insurance Company
By its attorney,

*Robert P. Powers* (signature)

Robert P. Powers (BBO No. 544691)
Melick, Porter & Shea, L.L.P.
28 State Street
Boston, MA 02109
Phone: (617) 523-6200

Dated: February 18, 2004

I hereby certify that I have made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5