UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL INSURANCE COMPANY )<br>15 Mountain View Road )<br>Warren, New Jersey 07059, )<br>   )<br>   Plaintiff, )<br>   )<br>v. )<br>   )<br>HAVERHILL GOLF & COUNTRY CLUB, INC. )<br>Brickett Lane )<br>Haverhill, MA 01831, )<br>   )<br>   Defendant. )<br>   ) | Civil Action<br>No. 03-12203 RGS |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to Local Rule 16.1(D), the parties submit the following proposed discovery plan and schedule.

1. Proposed Joint Discovery Plan and Schedule

    March 10, 2004     Deadline to make initial disclosures required by Rule 26(a)(1) and Local Rule 26.2(A)

    April 1, 2004     Last day to produce records or other materials as part of automatic disclosures

    April 15, 2004     Last day to file motion to amend pleadings (or to file amended pleadings by stipulation) and to join additional parties

    April 30, 2004     Last day to file motion for bifurcation of discovery

    September 17, 2004     Last day to serve interrogatories, requests for the production of documents, requests for admissions and deposition notices (other than depositions to preserve testimony for trial)

    November 1, 2004     Deadline for completion of fact discovery

November 15, 2004   Proponents' expert witness disclosures, pursuant to Rule 26(b)(4)

November 30, 2004   Deadline for motions to compel (fact discovery)

December 31, 2004   Opponents' expert witness disclosures, pursuant to Rule 26(b)(4)

January 31, 2005    Deadline for completion of expert witness depositions

February 15, 2005   Deadline for motions to compel (expert discovery)

February 28, 2005   Deadline for filing summary judgment motions

2. <u>Limitations on Discovery</u>

Each party shall be limited to the following discovery, unless additional discovery is subsequently permitted by the Court for good cause shown:

- A maximum of 25 interrogatories;

- A maximum of 25 requested admissions;

- A maximum of two (2) sets of requests for production of documents; and

- A maximum of ten (10) depositions.

3. <u>Automatic Disclosures</u>

The parties agree that the following, non-privileged, documents will be produced on April 1, 2004 as part of their respective automatic disclosures:

a. <u>Federal</u>

   i. A copy of the claim file relating to the case of <u>Borne, et al. v. Haverhill Golf & Country Club</u>.

   ii. Documents reflecting all payments made by Federal under the policy of insurance applicable to <u>Borne, et al. v. Haverhill Golf & County Club</u> and a copy of the insurance policy under which Federal made its payments in the case of <u>Borne, et al. v. Haverhill Golf & County Club</u>.

    iii.    All documents prepared by Federal, its agents, employees, and/or its counsel relating to: settlement negotiations, settlement proposals or efforts to settle <u>Borne, et al. v. Haverhill Golf & County Club</u>, including minutes of meetings, notes, letters and any other documents.

b. <u>Haverhill</u>

    i.    Records relating to payments to counsel in the defense of the case of <u>Borne, et al. v. Haverhill Golf & County Club</u>, i.e., the amount paid over that paid or reimbursed by Federal Insurance Company, dates and amounts of said payments and date and amount of partial payments made by Federal.

    ii.    The amounts paid by Haverhill Golf & Country Club to retained counsel to handle coverage issues and related matters.

    iii.    All documents reflecting communication between the <u>Borne</u> plaintiffs and the Club, including but not limited to, copies of all correspondence sent to and received from plaintiff, relating to the case of <u>Borne, et al. v. Haverhill Golf & County Club</u>.

    iv.    All documents prepared by the Club, its members, or its counsel relating to: settlement negotiations, settlement proposals or efforts to settle <u>Borne, et al. v. Haverhill Golf & County Club</u>, including minutes of meetings, notes, letters and any other documents.

    v.    All documents relating to the Mediation Committee and its involvement in the settlement of the <u>Borne</u> lawsuit.

Each party must prepare a privilege log identifying any documents withheld under a claim of privilege, which shall be produced to the other side on or before April 15, 2004.

4.    <u>Trial by Magistrate Judge</u>

The parties do not consent to trial by a Magistrate Judge.

| HAVERHILL GOLF & COUNTRY CLUB, INC. | FEDERAL INSURANCE COMPANY |
|---|---|
| *[signature]* | *[signature]* Robert P. Powers |
| William J. Dailey, Jr. (BBO No. 112200)<br>Myles W. McDonough (BBO No. 547211)<br>Laura Meyer Gregory (BBO No. 563689)<br>SLOANE AND WALSH, L.L.P.<br>Three Center Plaza<br>Boston, MA 02108<br>Phone: (617) 523-6010<br>Fax: (617) 227-0927 | Robert P. Powers (BBO No. 544691)<br>MELICK, PORTER & SHEA, L.L.P.<br>28 State Street<br>Boston, MA 02109<br>Phone: (617) 523-6200<br>Fax: (617) 523-8130 |
|  | **OF COUNSEL**<br><br>ROSS, DIXON & BELL, L.L.P.<br>Wallace A. Christensen<br>Pamela L. Signorello<br>2001 K Street, N.W.<br>Washington, D.C. 20006-1040<br>Phone: (202) 662-2000<br>Fax: (202) 662-2190 |

Dated: February 20, 2004

I hereby certify that I have made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5

# MELICK, PORTER & SHEA, LLP

Counsellors at Law

28 State Street
Boston, Massachusetts 02109-1775
(617) 523-6200
Fax (617) 523-8130
www.melicklaw.com

Two Richmond Square - Suite 104
Providence, Rhode Island 02906
(401) 941-0909
Fax (401) 941-6269

65 Main Street
Plymouth, Massachusetts 02360
(508) 746-5976

Richard J. Shea
Robert P. Powers
John F. Rooney, III
William D. Chapman
Michael J. Mazurczak *(WI)
Robert T. Treat
William L. Keville, Jr.
Michael R. Byrne
Andre A. Sansoucy
Amy E. Goganian
Keith L. Sachs
Robert W. Healy
Jennifer B. Hardy
Allen J. McCarthy
Carly K. Wee *(NY)
Angela L. Lackard
Maureen E. Lane *(NH)
Nancy J. Puleo *(CT)
Christine C. Heshion
Adam M. Guttin *(RI)
T. Dos Urbanski *(RI)
Megan E. Kures
Jill M. Brannelly
Brian J. Cann *(CA)
John E. DeWick
Heather M. Spellman *(CT & RI)
Matthew Grygorcewicz
Margaret M. Carleen

Of Counsel
Thomas W. Porter, Jr.

*Also Admitted

February 20, 2004

**VIA HAND DELIVERY**

Clerk's Office
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA

Re: *Federal Insurance Company v. Haverhill Golf & Country Club, Inc.*
*Civil Action No.: 03-12203 RGS*

Dear Sir or Madam:

In regard to the above referenced matter, enclosed please find the following documents:

1. Joint Statement Pursuant to Local Rule 16.1(D) and

2. Plaintiff's Certification Pursuant to Local Rule 16.1(D)(3).

Thank you for your attention to the above matter.

Very truly yours,

Robert P. Powers

RPP/nw
Enclosures

cc: William Daily, Jr.