UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br>15 Mountain View Road<br>Warren, New Jersey 07059,<br>　　　Plaintiff,<br><br>v.<br><br>HAVERHILL GOLF AND COUNTRY CLUB, INC.<br>Brickett Lane<br>Haverhill, MA 01831<br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 03-12203 RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## HAVERHILL GOLF AND COUNTRY CLUB, INC.'S
## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

Scott F. Gleason, authorized representative of the defendant Haverhill Golf And Country Club, Inc. ("HGCC"), and William J. Dailey, Jr., counsel for HGCC, hereby certify that we have conferred regarding the following:

(a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____  　　　　　　　　Date: 2-18-04
Scott F. Gleason
Authorized Representative of
Haverhill Golf And Country Club, Inc.

_____          Date: Feb 19, 2004
William J. Dailey, Jr. (BBO#
Counsel for Haverhill Golf And Country Club, Inc.
SLOANE & WALSH LLP
Three Center Plaza
Boston, MA 02108
(617) 523-6010

## CERTIFICATE OF SERVICE

I, William J. Dailey, Jr., hereby certify that on this date I served upon all counsel listed below a copy of the foregoing: Haverhill Golf And Country Club, Inc.'s Certification Pursuant To Local Rule 16.1, by mailing a copy of the same, postage prepaid to all counsel listed below:

| | |
|---|---|
| Robert P. Powers, Esq. | Wallace A. Christensen, Esq. |
| Melick, Porter & Shea, LLP | Ross, Dixon & Bell, LLP |
| 28 State Street | 2001 K Street, N.W. |
| Boston, MA 02109 | Washington, D.C. 20006 |

Date: February 20, 2004

_____
William J. Dailey, Jr.

S:\HORNE, JUDITH ET. AL. V. HAVERHILL GOLF & COUNTRY CLUB PE/00-5104\FEDERAL v HAVERHILL\LR 16.1 Certification.doc

# SLOANE AND WALSH

A PROFESSIONAL LIMITED LIABILITY PARTNERSHIP

ATTORNEYS AT LAW

THREE CENTER PLAZA

BOSTON, MASSACHUSETTS 02108

TELEPHONE: (617) 523-6010
FAX: (617) 227-0927
WRITER'S DIRECT E-MAIL ADDRESS: LGREGORY@SLOANEWALSH.COM

WILLIAM J. DAILEY, JR.
JOHN P. RYAN
ROBERT H. GAYNOR
EDWARD T. HINCHEY
LAWRENCE J. KENNEY, JR.
ANTHONY J. ANTONELLIS
WILLIAM J. DAILEY, III
CURTIS R. DIEDRICH
MARCIA K. DIVOLL
JAMES P. DONOHUE, JR.
ROSS A. KIMBALL
MYLES W. MCDONOUGH

JOHN A. DONOVAN III
JOHN P. FAGGIANO
LAURA MEYER GREGORY
MICHAEL P. GUAGENTY
DAVID M. HARTIGAN
KELLY A. JUMPER
MICHAEL J. KERRIGAN
GREGG M. LYSKO
JOHN MCCORMACK
STACEY E. MORRIS
HEIDI M. OH
HARRY A. PIERCE
JAMES J. SCANLON
BRIAN H. SULLIVAN

February 20, 2004

**Via Hand Delivery**
Civil Clerk's Office
United States District Court for
The District of Massachusetts
1 Courthouse Way
Boston, MA 02210

RE: *Federal Insurance Company v. Haverhill Golf and Country Club, Inc.*
Civil Action No. 03-12203 RGS
Our File No.: PE000-5104

Dear Sir/Madam:

Enclosed please find for filing, Haverhill Golf and Country Club, Inc.'s Certification pursuant to Local Rule 16.1 relative to the above-entitled matter.

Thank you for your prompt attention to this matter.

Very truly yours,

Laura Meyer Gregory

LMG/dmf
Enclosure
cc:  Robert P. Powers, Esq. (w/encl.)
     Wallace A. Christensen, Esq. (w/encl.)

s:\borne, judith, et. al. v. haverhill golf & country club pe000-5104\federal v. haverhill\correspondence\court\ltr crt 2-20-04 certification.doc