UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
************************
FEDERAL INSURANCE COMPANY          *
15 Mountain View Road              *
Warren, New Jersey 07059,          *
                                   *
                                   *
     Plaintiff,                    *
                                   *
v.                                 *     Civil Action
                                   *     No. 03-12203
HAVERHILL GOLF & COUNTRY CLUB, INC.*
Brickett Lane                      *
Haverhill, MA 01831,               *
                                   *
     Defendant.                    *
************************
```

### STIPULATION OF ENLAREGMENT OF TIME FOR HAVERHILL GOLF & COUNTRY CLUB, INC. TO REPLY TO PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS

Federal Insurance Company ("Federal") and Haverhill Golf & Country Club, Inc. (" HGCC") stipulate that the time within which HGCC may reply to Federal's Motion to Dismiss HGCC's Counterclaims for Breach of Duty of Good Faith, For Bad Faith , and for Punitive Damages may be enlarged to March 5, 2004.

|  |  |
|---|---|
| Attorney for Plaintiff, | Respectfully submitted,<br><br>Attorney for Defendant, |
| _/s/ Robert P. Powers_<br>Robert P. Powers (BBO #544961)<br>Melick, Porter & Shea, LLP<br>28 State Street<br>Boston, MA 02109<br>(617) 523-6200 | _/s/ William Daily, Jr._<br>William Daily, Jr. (BBO #112200)<br>Sloane & Walsh<br>Three Center Plaza<br>Boston, MA 02108<br>(617) 523-6010 |

1

## CERTIFICATE OF SERVICE

I, William Daily, Jr., hereby certify that on February 19, 2004, I served a copy of the **Stipulation of Enlargement of Time For Haverhill Golf & Country Club, Inc. to Reply to Plaintiff's Motion to Dismiss Defendant's Counterclaims**, via first class mail, postage prepaid, upon the attorney for the plaintiff:

>Robert P. Powers
>Melick, Porter & Shea, LLP
>28 State Street
>Boston, MA 02109

*William J. Dailey, Jr.*

s:\borne, judith, et. al. v. haverhill golf & country club pe000-5104\federal v. haverhill\stipulation of enlargement 2.18.04.doc