UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**FEDERAL INSURANCE**
    **Plaintiff**

    v.                                CIVIL ACTION NO. 03-12203-RGS

**HAVERHILL GOLF AND COUNTRY CLUB**
    **Defendant**

### SETTLEMENT ORDER OF DISMISSAL

THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED ACTION HAS SETTLED:

IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE THE ACTION TO THE DOCKET WITHIN 30 DAYS IF SETTLEMENT IS NOT CONSUMMATED.

SO ORDERED.

                                            RICHARD G. STEARNS
                                            UNITED STATES DISTRICT JUDGE

                      BY:    /s/ Mary H. Johnson
                                _____
                                DEPUTY CLERK

**DATED: 2-25-04**