UNITED STATES DISTRICT COURT,
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUN 15 P 12: 10

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br>15 Mountain View Road<br>Warren, New Jersey 07059,<br><br>       Plaintiff,<br><br>       v.<br><br>HAVERHILL GOLF & COUNTRY CLUB, INC.<br>Brickett Lane<br>Haverhill, MA 01831,<br><br>       Defendant. | Civil Action<br>No. 03-12203 RGS |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff and defendant jointly stipulate

that this case be dismissed with prejudice, each side to bear its own fees and costs.

302949 v1

Respectfully submitted,

MELICK, PORTER & SHEA, L.L.P.

Robert P. Powers (BBO # 544691)
28 State Street
Boston, MA  02109
Phone:  (617) 523-6200
Fax:  (617) 523-8130

OF COUNSEL:

ROSS, DIXON & BELL, L.L.P.
Wallace A. Christensen
Pamela L. Signorello
2001 K Street, N.W.
Washington, D.C.  20006-1040
Phone:  (202) 662-2000
Fax:  (202) 662-2190

Attorneys for Plaintiff/Counterclaim
Defendant Federal Insurance Company

Dated: June 14, 2004

SLOANE AND WALSH, LLP

William J. Dailey, Jr. (BBO # 112200)
Myles W. McDonough (BBO # 547211)
Laura Meyer Gregory (BBO #563689)
Three Center Plaza
Boston, MA 02108
Phone: (617) 523-6010
Fax: (617) 227-0927

Attorneys for Defendant/Counterclaim
Plaintiff Haverhill Golf and Country
Club, Inc.